◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS DENNIS, Appellant. [796 NYS2d 269]—Appeal from a resentence of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered May 14, 2004. Defendant was resentenced upon his conviction of assault in the second degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Hurlbutt, Kehoe, Pine and Hayes, JJ.